**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Henry E. Knapps Jr**
       **Amy Knapps**

CASE NO  **05-41835-H1-13**

CHAPTER  **13**

## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Henry E. Knapps Jr**                                       CASE NO    05-41835-H1-13
**Amy Knapps**

CHAPTER    **13**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | 3 Sofas $175.00, 5 Tables $150.00, 1 VCRs/DVD $15.00 Players, 1 Lamp $10.00, 1 TV Stand $75.00, 1 Stereo $75.00, 6 Chairs $60.00, 1 Table $75.00, 1 Refridgerator $75.00, 1 Microwave Oven $15.00, 1 Dish Washer $75.00, 1 Stove $75.00, 3 Beds $150.00, 4 Chests $200.00, 1 Lamp $10.00, 1 Washer $50.00, 1 Dryer $50.00, 100 Comic Books $25.00, 12 China/Crystal $150.00 | - | $1,510.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and Pictures | - | $50.00 |
| 6. Wearing apparel. | | Clothing and Personal Possessions | - | $900.00 |
| 7. Furs and jewelry. | | Jewelry | - | $1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| | | | Total  > | $3,960.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Henry E. Knapps Jr**
**Amy Knapps**

CASE NO   **05-41835-H1-13**

CHAPTER   **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | 401K- OReilly Automotive Inc. Sun Trust PO Box 173764 Denver, CO. 80217-3764 | - | $56,132.00 |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| | | | Total  > | **$60,092.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   Henry E. Knapps Jr                                    CASE NO     05-41835-H1-13
         Amy Knapps

                                                              CHAPTER     13

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Saturn SL 2<br>Mileage: 87,900 | - | $4,025.00 |
| | | 1994 GMC Suburban<br>Mileage: 200,000 | - | $6,212.50 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| | | | Total > | $70,329.50 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Henry E. Knapps Jr**
         **Amy Knapps**

CASE NO   **05-41835-H1-13**

CHAPTER   **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | MOBILE HOME | C | $63,000.00 |
| | | | Total  > | $133,329.50 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Henry E. Knapps Jr**
**Amy Knapps**

CASE NO   **05-41835-H1-13**

CHAPTER   **13**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☐  11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☑  11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| 3 Sofas $175.00, 5 Tables $150.00, 1 VCRs/DVD $15.00  Players, 1 Lamp $10.00, 1 TV Stand $75.00, 1 Stereo $75.00, 6 Chairs $60.00, 1 Table $75.00, 1 Refridgerator $75.00, 1 Microwave Oven $15.00, 1 Dish Washer $75.00, 1 Stove $75.00, 3 Beds $150.00, 4 Chests $200.00, 1 Lamp $10.00, 1 Washer $50.00, 1 Dryer $50.00, 100 Comic Books $25.00, 12 China/Crystal $150.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,510.00 | $1,510.00 |
| Books and Pictures | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Clothing and Personal Possessions | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $900.00 | $900.00 |
| Jewelry | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,500.00 | $1,500.00 |
| 401K- OReilly Automotive Inc. Sun Trust PO Box 173764 Denver, CO. 80217-3764 | Tex. Prop. Code § 42.0021 | $56,132.00 | $56,132.00 |
| 1999 Saturn SL 2 Mileage: 87,900 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $4,025.00 |
| 1994 GMC Suburban Mileage: 200,000 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $6,212.50 | $6,212.50 |
| | | **$66,304.50** | **$70,329.50** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Henry E. Knapps Jr**
         **Amy Knapps**

CASE NO   **05-41835-H1-13**

CHAPTER   **13**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| MOBILE HOME | Const. Art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001, 41.002 | $0.00 | $63,000.00 |
| | | **$66,304.50** | **$133,329.50** |

IN RE:   **Henry E. Knapps Jr**
         **Amy Knapps**

CASE NO  **05-41835-H1-13**
         _____
         (If Known)

CHAPTER  **13**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐  Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx2708<br><br>**Chase Automotive Finance**<br>P.O. Box 15700<br>Willmington, DE  19886-5700 | | - | DATE INCURRED:  **2002**<br>NATURE OF LIEN:<br>**Car Lien**<br>COLLATERAL:<br>**Automobile**<br>REMARKS:<br>**1999 Saturn SL2**<br><br>COLLATERAL VALUE:  **$4,025.00** | | | | $6,796.00 | $2,771.00 |
| ACCT #: xxx-xx-0202<br><br>**Home Design**<br>PO Box 276<br>Dayton, OH 45401 | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Furniture**<br>REMARKS:<br><br>COLLATERAL VALUE:  **$0.00** | | | | $2,400.00 | $2,400.00 |
| ACCT #: xxx-xx-xxxx/ xxx-xx-1650<br><br>**Paul Bettencourt - Tax Assessor**<br>P.O. Box 4622<br>Houston, Texas 77210-4622 | | - | DATE INCURRED:  **2004**<br>NATURE OF LIEN:<br>**Property Tax**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>COLLATERAL VALUE:  **$63,000.00** | | | | $485.00 | |
| ACCT #: xxx-xx-xxxx/ xxx-xx-1650<br><br>**Paul Bettencourt - Tax Assessor**<br>P.O. Box 4622<br>Houston, Texas 77210-4622 | | - | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>COLLATERAL VALUE:  **$485.00** | | | | $485.00 | |
| ACCT #: xxx-xx-xxxx / xxx-xx-1650<br><br>**Spring ISD**<br>P.O. Box 90458<br>Houston, TX  77290 | | - | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>COLLATERAL VALUE:  **$1,202.00** | | | | $1,202.00 | |

_____**1**_____continuation sheets attached

| | |
|---|---|
| Total for this Page (Subtotal) > | $11,368.00 | $5,171.00 |
| Running Total > | $11,368.00 | $5,171.00 |

IN RE:  **Henry E. Knapps Jr**
**Amy Knapps**

CASE NO  **05-41835-H1-13**
_____
(If Known)

CHAPTER  **13**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-xxxx / xxx-xx-1650<br><br>**Spring ISD**<br>**P.O. Box 90458**<br>**Houston, TX  77290** | | - | DATE INCURRED:  **2004**<br>NATURE OF LIEN:<br>**Taxes - Property on Vehicles**<br>COLLATERAL:<br>**MOBILE HOME**<br>REMARKS:<br><br>COLLATERAL VALUE:  **$63,000.00** | | | | $1,202.00 | $882.00 |
| ACCT #: **xxx4540**<br><br>**Vanderbilt Mortgage**<br>**P O Box 2252**<br>**Birmingham, AL 35246** | | - | DATE INCURRED:  **2002**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**MOBILE HOME**<br><br>COLLATERAL VALUE:  **$63,000.00** | | | | $62,195.00 | |
| ACCT #: **xxx4540**<br><br>**Vanderbilt Mortgage**<br>**P O Box 2252**<br>**Birmingham, AL 35246** | | - | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>COLLATERAL VALUE:  **$3,600.00** | | | | $3,600.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total for this Page (Subtotal) > | | | $66,997.00 | $882.00 |
| | | | | Running Total > | | | $78,365.00 | $6,053.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   Henry E. Knapps Jr                          CASE NO    05-41835-H1-13
Amy Knapps

                                                     CHAPTER    13

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Sec. 507(a)(2).*

☐ **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,925\* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

☐ **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

☐ **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,925\* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

☐ **Deposits by individuals**
*Claims of individuals up to a maximum of $2,225\* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

☐ **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

☐ **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).*

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

IN RE:   **Henry E. Knapps Jr**
         **Amy Knapps**

CASE NO  **05-41835-H1-13**
                (If Known)

CHAPTER   **13**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Keeling Law Firm**<br>**3310 Katy Freeway, Suite 200.**<br>**Houston, Texas 77007** | | C | DATE INCURRED:   **08/04/2005**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $2,050.00 | $2,050.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total for this Page (Subtotal) > | | | $2,050.00 | $2,050.00 |
| | | | | Running Total > | | | $2,050.00 | $2,050.00 |

IN RE:  **Henry E. Knapps Jr**
        **Amy Knapps**

CASE NO  05-41835-H1-13
_____
(If Known)

CHAPTER  **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx-xx-xxxx/xxx-xx-1650<br>**200 Cash.com**<br>**110 W. Ninth St. Suite 581**<br>**Willington, DE. 19801** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $240.00 |
| ACCT #:  xxx-xx-xxxx/xxx-xx-1650<br>**Advance America**<br>**2018 FM 1960 Rd. W**<br>**Houston, TX 77090** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xx3483<br>**Ameri Loan**<br>**2533 N Carson STE 4976**<br>**Carson City, NV 89706** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $325.00 |
| ACCT #:  xxxxxxxx, xxxx3372<br>**Arrow Financial Services LLC**<br>**5996 West Touhy Ave.**<br>**Niles, IL 60714-4610** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Multiple Accounts: 27364511** | | | | $5,638.00 |
| ACCT #:  x9834<br>**Arrowhead Investments**<br>**PO Box 415040**<br>**Kansas City, MO 64141** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $390.00 |
| ACCT #:  xxxxxx8685<br>**Bank One / JP Morgan Chase**<br>**PO Box 260180**<br>**Baton Rouge, LA 70826** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Checking Account**<br>REMARKS: | | | | $1,771.00 |
| ACCT #:  xxxx-xxxx-xxxx-0448<br>**Capital One Services**<br>**P.O. Box 85015**<br>**Richmond, VA 23285-5015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $979.00 |

___5___continuation sheets attached

| | |
|---|---|
| Total for this Page (Subtotal) > | $9,344.00 |
| Running Total > | $9,344.00 |

IN RE:   **Henry E. Knapps Jr**
         **Amy Knapps**

CASE NO  **05-41835-H1-13**
        (If Known)

CHAPTER  **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx4935<br>**Cash Advance**<br>559 b Yonge St. Ste. 217<br>Toronto, Ontario M44124 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $390.00 |
| ACCT #:  xxx4603<br>**Cash Net**<br>1301 Marina Village Plwy<br>Alemeda, CA 94501 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $455.00 |
| ACCT #:  xxxxxxxxxxxx2850<br>**CB USA**<br>P.O. Box 9714<br>Grey, TN 37615 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,763.00 |
| ACCT #:  xxxxxxxxx4771<br>**CB USA Sears**<br>PO Box 6189<br>Sioux Falls, SD 57117 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,983.00 |
| ACCT #:  xxxx-xxxx-xxxx-3306<br>**Chase Bank Card Services**<br>4915 Independence<br>Tampa, FL 33634 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $8,140.00 |
| ACCT #:  xxx-xx-xxxx/xxx-xx-1650<br>**Check N Go**<br>2127 W FM 1960<br>Houston, TX 77090 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $720.00 |
| ACCT #:  xxxxxxxxx2002<br>**Citi/CPU**<br>110 Lake Drive #1-0103<br>Newark, DE 19702 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $779.00 |

                            **Total for this Page (Subtotal) >**  | **$15,230.00**

                                     **Running Total >**  | **$24,574.00**

IN RE:   **Henry E. Knapps Jr**
         **Amy Knapps**

CASE NO   **05-41835-H1-13**
                    (If Known)

CHAPTER   **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx7312<br>**Coastline Credit Ltd.**<br>**1819 College Green**<br>**Dublin, Ireland** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $693.00 |
| ACCT #:  xxxxxxxx2279<br>**Connect to Cash**<br>**562 Axinister**<br>**Tenton, MO 63026** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $150.00 |
| ACCT #:  xxxxxxxx7830<br>**Conns**<br>**P o Box 2358**<br>**Beaumont, TX 77704** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Charge account**<br>REMARKS: | | | | $576.00 |
| ACCT #:  xxxxx2686<br>**County Bank of Rehoboth Beach**<br>**690  E. Lamar Blvd. Ste. 400**<br>**Arlington, Texas 76011** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $623.00 |
| ACCT #:  xxxxxxxxxxx1961<br>**GEMB Care Credit**<br>**950 Forrer Blvd.**<br>**Kettering, Ohio 45420** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,237.00 |
| ACCT #:  xxxxxxxxxxx6583<br>**GEMB/ Discount Tires**<br>**P.O. Box 276**<br>**Dayton, OH 45401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $816.00 |
| ACCT #:  xxxxxxxxx8001<br>**GEMB/ Exxon Mobil**<br>**P.O. Box 981400**<br>**El Paso, TX 79998** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Gas Card**<br>REMARKS: | | | | $1,399.00 |

| | |
|---|---|
| Total for this Page (Subtotal) > | **$5,494.00** |
| Running Total > | **$30,068.00** |

IN RE:   **Henry E. Knapps Jr**
**Amy Knapps**

CASE NO **05-41835-H1-13**
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxxxx2785<br>**GEMB/ Home Design**<br>**P.O. Box 276**<br>**Dayton, OH 45401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,970.00 |
| ACCT #:   xxxxxxx7791<br>**GENB/JCP**<br>**PO BOX 984100**<br>**EL PASO, Texas  79998** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $872.00 |
| ACCT #:   xxxx-xxxx-xxxx-6846<br>**HSBC**<br>**1441 Schilling PL.**<br>**SALINAS, CA 93901-0053** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,712.00 |
| ACCT #:   xxxxxxxx0738<br>**LVNV Funding, LLC**<br>**P.O. Box 10584**<br>**Greenville, SC 29603** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,921.00 |
| ACCT #:   xxxxxx9775<br>**Marshall Fields**<br>**111 Boulder Industrial**<br>**Bridgeton, MO 63044** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,136.00 |
| ACCT #:   xxx8377<br>**National Opportunities**<br>**42 Rhoads Way**<br>**New Castle, DE 19720** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $250.00 |
| ACCT #:   xxxxxxx, xxx3342<br>**National Opprtunities**<br>**42 Reads Way**<br>**New Castle, DE 19720** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS:<br>**Multiple Accounts** | | | | $500.00 |

| | |
|---|---|
| Total for this Page (Subtotal) > | $12,361.00 |
| Running Total > | $42,429.00 |

IN RE:  **Henry E. Knapps Jr**
**Amy Knapps**

CASE NO **05-41835-H1-13**

(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx3149**<br>**NCP Finance Limited Partnership**<br>**100 E. 3rd St. 5th Floor**<br>**Dayton, OH** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $299.00 |
| ACCT #:  **xx3319**<br>**One Click Cash**<br>**2533 N Carson St. Ste. 5024**<br>**Carson City, NV** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | $260.00 |
| ACCT #:  **xxx-xx-xxxx/xxx-xx-1650**<br>**Payday Advance. Com**<br>**2419 Kirkwood Hwy**<br>**Wilmington, DE 19805** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $400.00 |
| ACCT #:  **xxx3214**<br>**Quick Payday**<br>**87 East 1400 North**<br>**Logan Utah 84341** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $420.00 |
| ACCT #:  **xxxxxxx8190**<br>**Republic Bank and Trust Company**<br>**601 West Market Street**<br>**Louisville, Kentucky 40202** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $500.00 |
| ACCT #:  **xxxx1149**<br>**Southern Pacific Specialty Finance**<br>**2127 W FM 1960**<br>**Houston, Texas 77090** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $483.00 |
| ACCT #:  **x5169**<br>**SQM Marketing**<br>**2521 Country Club Dr.**<br>**Uniontown, OH 44685-8716** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $390.00 |

Total for this Page (Subtotal) >  **$2,752.00**

Running Total >  **$45,181.00**

IN RE:   **Henry E. Knapps Jr**
         **Amy Knapps**

CASE NO   **05-41835-H1-13**
                    (If Known)

CHAPTER   **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx3375 <br> **Texas Loan Corp.** <br> **690 E. Lamar Blvd. Ste. 575** <br> **Arlington, Texas 76011** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Payday Loan** <br> REMARKS: | | | | $402.00 |
| ACCT #:  xxx-xx-0202 <br> **Texas Loan Corp.** <br> **690 E. Lamar Blvd. Ste. 575** <br> **Arlington, Texas 76011** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Payday Loan** <br> REMARKS: | | | | $590.00 |
| ACCT #:  x6987 <br> **TSM Group Inc.** <br> **12300 Horseshoe Day 103** <br> **Richmond, BC 47A421** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Payday Loan** <br> REMARKS: | | | | $390.00 |
| ACCT #:  xx9962 <br> **United Cash Loans** <br> **2533 N., Carson St. #5020** <br> **Carson City, NV. 89706** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Payday Loan** <br> REMARKS: | | | | $325.00 |
| ACCT #:  xxxx-xxxx-xxxx-4012 <br> **UNVL/Citi** <br> **PO Box 6241** <br> **Sioux Falls, SD 57117** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $6,376.00 |
| ACCT #:  xxxxxxx7474 <br> **WF Finance** <br> **15735 Hwy 45 N** <br> **Houston, TX 77090** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Loan** <br> REMARKS: | | | | $1,290.00 |
| ACCT #:  xxxxxxxx4205 <br> **Zip Cash** <br> **29L Atlantic Ave. #175** <br> **Ocean View, DE 19970** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Payday Loan** <br> REMARKS: | | | | $390.00 |

|  |  |
|---|---|
| Total for this Page (Subtotal) > | $9,763.00 |
| Running Total > | $54,944.00 |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:   **Henry E. Knapps Jr
Amy Knapps**

CASE NO   **05-41835-H1-13**

CHAPTER   **13**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Starwood**<br>22002 Wellington Bend Lane<br>Houston, Texas 77073 | Lease For Land<br>Contract to be ASSUMED |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Henry E. Knapps Jr**
         **Amy Knapps**

CASE NO   **05-41835-H1-13**

CHAPTER   **13**

## SCHEDULE H (CODEBTORS)

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   Henry E. Knapps Jr                          CASE NO   05-41835-H1-13
        Amy Knapps

                                                CHAPTER   13

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | A. Knapps | 7 yrs | Daughter | | | |
| | C. Knapps | 4 yrs | Daughter | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Commercial Specialist | Administartive Assistant |
| Name of Employer | OReilly Auto Parts | US Personnel |
| How Long Employed | 1 yr 6 mos. | 3.5 yrs |
| Address of Employer | PO Box 1156 | Total Recreation Products |
| | Springfield, MO 65801 | 2300 Valley View Lane Suite 300 |
| | | Irving, Texas 75602 |

| Income:  (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $2,666.56 | $2,332.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| **SUBTOTAL** | **$2,666.56** | **$2,332.00** |
| LESS PAYROLL DEDUCTIONS | | |
|    A. Payroll taxes (includes social security tax if B. is zero) | $565.02 | $132.50 |
|    B. Social Security Tax | $0.00 | $121.24 |
|    C. Medicare | $272.48 | $28.36 |
|    D. Insurance | $79.45 | $376.44 |
|    E. Union dues | $0.00 | $0.00 |
|    F. Retirement | $0.00 | $0.00 |
|    G. Other (specify)  Stk Pur Pln | $36.42 | $0.00 |
|    H. Other (specify)  United Way | $2.17 | $0.00 |
|    I. Other (specify) | $0.00 | $0.00 |
|    J. Other (specify) | $0.00 | $0.00 |
|    K. Other (specify) | $0.00 | $0.00 |
|    *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$955.54** | **$658.54** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | **$1,711.02** | **$1,673.46** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
|    1. | $0.00 | $0.00 |
|    2. | $0.00 | $0.00 |
|    3. | $0.00 | $0.00 |
| **TOTAL MONTHLY INCOME** | **$1,711.02** | **$1,673.46** |

**TOTAL COMBINED MONTHLY INCOME  $3,384.48**      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Henry E. Knapps Jr**
**Amy Knapps**

CASE NO   **05-41835-H1-13**

CHAPTER   **13**

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $847.00 |
| Are real estate taxes included?   ☐ Yes   ☑ No | |
| Is property insurance included?   ☑ Yes   ☐ No | |
| **Utilities:**  Electricity and heating fuel | $250.00 |
| Water and sewer | $85.00 |
| Telephone | $35.00 |
| Other: | |
| Home maintenance (repairs and upkeep) | $50.00 |
| Food | $500.00 |
| Clothing | $75.00 |
| Laundry and dry cleaning | $25.00 |
| Medical and dental expenses (not covered by insurance) | $25.00 |
| Transportation (not including car payments) | $260.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| Charitable contributions | |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | |
| Life | |
| Health | |
| Auto | $76.00 |
| Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | $100.00 |
| Specify: Property Taxes | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto: | $260.00 |
| Other: E-Z TAG | $40.00 |
| Other: CELL | $40.00 |
| Other: LOT RENTAL FOR MOBILE HOME | $275.00 |
| Alimony, maintenance, and support paid to others: | |
| Payments for support of add'l dependents not living at debtor's home: | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other:   See attached personal expenses | $160.00 |
| Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$3,153.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $3,384.48 |
| B. Total projected monthly expenses (including separate spouse budget if applicable) | $3,153.00 |
| C. Excess income (A minus B) | $231.48 |
| D. Total amount to be paid into plan each       *Monthly*              (interval) | $230.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Henry E. Knapps Jr**                                          CASE NO   **05-41835-H1-13**
         **Amy Knapps**

                                                                         CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---------|--------|
| Daycare | $100.00 |
| Childrens Activities | $60.00 |
| **Total >** | **$160.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Henry E. Knapps Jr**
         **Amy Knapps**

CASE NO    **05-41835-H1-13**

CHAPTER    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **08/10/2005**                    Signature  **/s/ Henry E. Knapps Jr**
                                                    **Henry E. Knapps Jr**

Date  **08/10/2005**                    Signature  **/s/ Amy Knapps**
                                                    **Amy Knapps**

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*